We find nothing for our consideration. The indictment and all matters of procedure appear regular.

The judgment of the trial court is affirmed.

## ADAMS et al. v. GROGAN–COCHRAN LUMBER CO.

### No. 5596.

Court of Civil Appeals of Texas. Amarillo.
March 27, 1944.

Rehearing Denied May 8, 1944.

Further Rehearing Denied June 12, 1944.

## FLETCHER v. STATE.

### No. 22929.

Court of Criminal Appeals of Texas.
June 23, 1944.

Earl Shelton, of Austin, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The offense is burglary. On account of one previous conviction for a felony less than capital, which was set forth in the indictment, the penalty assessed was confinement in the penitentiary for twelve years.

The record is before this court without bills of exceptions or statement of facts.